# United States Court of Appeals
## For the First Circuit

No. 24-1224

UNITED STATES,

Appellee,

v.

JOSE ANGEL VELAZQUEZ-SEDA, a/k/a Tito Chuleta,

Defendant - Appellant.

Before

Barron, <u>Chief Judge</u>,
Kayatta and Gelpí, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: February 24, 2025

The government moves without opposition to remand this direct criminal appeal for resentencing before a different judge. Defendant has not opposed the motion and, indeed, argued in his brief that the alleged breach of the plea agreement by the government counsels in favor of remand for resentencing. The government having conceded that the prosecutor breached the plea agreement and that no fault is attributable to the sentencing court itself, the government's motion is allowed, the sentence is vacated, and the case is remanded for resentencing before a different district court judge in accord with the government's unopposed motion to remand.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Silvia L. Carreño-Coll, Ada I. García-Rivera, Clerk, United States District Court for the District of Puerto Rico, Mary June Ciresi, Jose Angel Velazquez-Seda, Mariana E. Bauzá-Almonte, Alberto R. López Rocafort, Maarja Tiganik Luhtaru, Joseph L. Russell, Richard Vance Eaton, Damaré E.R. Theriot